IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-24793 |
| | ) | |
| GEORGE H. CHRISOPULOS and | ) | Chapter 7 |
| PATRICIA J. GOETZ, | ) | |
| Debtors. | ) | Honorable Bruce W. Black (Joliet) |

**ORDER AUTHORIZING EMPLOYMENT OF COUNSEL PURSUANT TO
SECTION 327(A) OF THE BANKRUPTCY CODE**

The Court has reviewed the application (the "**Application**") of Deborah Kanner Ebner, Chapter 7 trustee (the "**Trustee**") for GEORGE H. CHRISOPULOS and PATRICIA J. GOETZ (the "**Debtors**"), for entry of an order, pursuant to Section 327 of the United States Bankruptcy Code and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), authorizing her to utilize the legal services of The Law Office of Deborah Kanner Ebner ("**Ebner**") and Connie J. Lambert ("**Lambert**") and as counsel to the Chapter 7 estate (the "**Estate**") in this case. The Court has also reviewed the Affidavits of Proposed Attorneys in accordance with Section 327 of the Bankruptcy Code and Bankruptcy Rule 2014 (the "**Ebner and Lambert Affidavits**") in support of this application. The Court is satisfied, based upon the representations made in the Application and the Affidavits, that Ebner and Lambert do not hold or represent any interest adverse to the Debtors' estate or their creditors; that they are disinterested persons as that term is defined in Section 101(14) of the Bankruptcy Code; and that the employment of Ebner and Lambert as additional counsel is necessary and in the best interests of the Debtors' estate and their creditors. Proper and adequate notice has been given and that no further notice is necessary.

1

Based upon the foregoing, IT IS HEREBY ORDERED as follows:

1. The Application is granted, <u>effective October 20, 2008</u>, and the Application is approved in all respects;

2. Pursuant to Section 327 of the Bankruptcy Code and Bankruptcy Rules 2014 (a) and 2016, Deborah Kanner Ebner, Connie J. Lambert and The Law Office of Deborah Kanner Ebner are hereby authorized to be retained and employed as counsel to the Estate to perform the services set forth in the Application;

3. The Law Office of Deborah Kanner Ebner shall submit Applications for Compensation and Expense reimbursement pursuant to which compensation and expense reimbursement for Ebner's and Lambert's legal services shall be sought in accordance with the procedures set forth in Sections 327, 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and local rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court;

4. And granting such other and further relief as this Court may deem just and proper.

Dated: 2 1 NOV 2008

ENTERED:

_____
United States Bankruptcy Judge