Printed: 08/18/09 10:22 AM

# Time Sheet Report

**Trustee:** DEBORAH K. EBNER (330480)
**Period:** 01/01/00 - 08/18/09

Page: 1

| Case No: | 08-24793 | Case Name: | CHRISOPULOS, GEORGE H | | Petition Date: | 09/18/08 | |
|---|---|---|---|---|---|---|---|
| Case Type: | Assets | Judge: | BRUCE BLACK | | 341a Meeting: | 10/20/08 12:15PM | |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Deborah K. Ebner, Attorney for Trustee | LIQUIDATION | 10/28/08 | prepare draft order | 0.30 | 375.000 | 112.50 |
| | | 11/21/08 | court | 0.30 | 375.000 | 112.50 |
| | | 12/07/08 | review of cases pulled by law clerk involving conversion of nonexempt assets into exempt assets. | 1.00 | 375.000 | 375.00 |
| | | 12/08/08 | read through more exemption planning cases | 0.80 | 375.000 | 300.00 |
| | | 12/10/08 | review more case law for response - commence drafting | 0.50 | 375.000 | 187.50 |
| | | 12/11/08 | preparataion of almost final draft of reply to debtor response re" objection to exemption | 1.20 | 375.000 | 450.00 |
| | | 12/12/08 | edits to response | 0.30 | 375.000 | 112.50 |
| | | 02/13/09 | review Motion for leave to file reply.. and re-read my objection and the cases stated therein | 0.60 | 375.000 | 225.00 |
| | | 02/13/09 | court appearance on Hearing/status for objection to exemption | 0.30 | 375.000 | 112.50 |

Subtotal for Staff Name: DEBORAH K. EBNER, ATTORNEY FOR TRUSTEE    5.30    $1,987.50

Total for Case: 08-24793    5.30    $1,987.50

Total for Trustee: DEBORAH K. EBNER    5.30    $1,987.50

Grand Total:    5.30    $1,987.50