**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: CHRISOPULOS, GEORGE H                                    Case No. 08-24793
       GOETZ, PATRICIA J

                                                                Chapter   7
                                                   ,
                              Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,221,675.00                Assets Exempt: $240,068.00

Total Distribution to Claimants: $0.00         Claims Discharged
                                               Without Payment: $13,982.74

Total Expenses of Administration: $38.84

---

    3) Total gross receipts of $  1,996.04   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  1,957.20   (see **Exhibit 2**), yielded net receipts of $38.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $750,000.00 | $750,000.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 38.84 | 38.84 | 38.84 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 13,982.74 | 13,982.74 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $764,021.58 | $764,021.58 | $38.84 |

4) This case was originally filed under Chapter 7 on September 18, 2008.
. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/06/2010         By: /s/DEBORAH K. EBNER
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 1 Allegheny Court, Bolingbrook, IL 60440-1450 | 1110-000 | 1,995.00 |
| Interest Income | 1270-000 | 1.04 |
| **TOTAL GROSS RECEIPTS** | | **$1,996.04** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| George & Patricia Chrisopulos | Per Order of 12/4/09 Minimal funds abandoned to debtor | 8200-002 | 1,957.20 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,957.20** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| State Bank Of Paw Paw | 4110-000 | N/A | 360,000.00 | 360,000.00 | 0.00 |
| Aurora Loan Services LLC | 4110-000 | N/A | 390,000.00 | 390,000.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$750,000.00** | **$750,000.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 0.00 | 0.00 | 0.00 |
| DEBORAH K. EBNER | 2200-000 | N/A | 36.38 | 36.38 | 36.38 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 0.00 | 0.00 | 0.00 |
| International Sureties | 2300-000 | N/A | 2.46 | 2.46 | 2.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 38.84 | 38.84 | 38.84 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| State Bank Of Paw Paw | 7100-000 | N/A | 13,982.74 | 13,982.74 | 0.00 |
| RCI | 7100-000 | unknown | N/A | N/A | 0.00 |
| Riverwoods Estates Property Owners Association | 7100-000 | unknown | N/A | N/A | 0.00 |
| State Farm | 7100-000 | unknown | N/A | N/A | 0.00 |
| Pahio Association of Time Share Owners | 7100-000 | unknown | N/A | N/A | 0.00 |
| ComEd Bill Payment Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| Nicor Gas | 7100-000 | unknown | N/A | N/A | 0.00 |
| City of Chicago Dept. of Water | 7100-000 | unknown | N/A | N/A | 0.00 |
| Illinois American Water | 7100-000 | unknown | N/A | N/A | 0.00 |
| Farmers Insurance | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 13,982.74 | 13,982.74 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-24793  
**Case Name:** CHRISOPULOS, GEORGE H  
GOETZ, PATRICIA J  
**Period Ending:** 09/06/10  

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 09/18/08 (f)  
**§341(a) Meeting Date:** 10/20/08  
**Claims Bar Date:** 01/22/09  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  | 2384 Bellingham, Aurora, IL 60503 | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 2  | 4332 N. Francisco, Chicago, IL 60618 | 356,000.00 | 0.00 | DA | 0.00 | FA |
| 3  | 1 Allegheny Court, Bolingbrook, IL 60440-1450 | 360,000.00 | 0.00 | DA | 1,995.00 | FA |
| 4  | Time Share property 1 bedroom condominium, Ka'eo | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 5  | Cash | 200.00 | 0.00 | DA | 0.00 | FA |
| 6  | Acct. No. 7292 Chase Bank Chicago, IL | 100.00 | 0.00 | DA | 0.00 | FA |
| 7  | Savings Acct. Chase Bank Chicago | 120.00 | 0.00 | DA | 0.00 | FA |
| 8  | Checking Acct. Wachovia Bank Elmhurst, IL | 155.00 | 0.00 | DA | 0.00 | FA |
| 9  | Household Goods | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Wedding rings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2 cameras, lawnmower, snowblower | 500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Two IRAs with Chase Bank ($165,000), two Roth IR | 211,500.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2005 Jeep Grand Cherokee | 15,200.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2003 Infiniti | 19,400.00 | 0.00 | DA | 0.00 | FA |
| 16 | Office Equipment | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2384 Bellingham, Aurora, IL 60503<br>DUPLICATE ASSET | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | 4332 N. Francisco, Chicago, IL 60618<br>DUPLICATE ASSET | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | 1 Allegheny Court, Bolingbrook, IL 60440-1450<br>DUPLICATE ASSET | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | Time Share property 1 bedroom condominium, Ka'eo<br>DUPLICATE ASSET | 0.00 | 0.00 | DA | 0.00 | FA |
| 21 | Cash<br>DUPLICATE ASSET | 0.00 | 0.00 | DA | 0.00 | FA |
| 22 | Acct. No. 7292 Chase Bank Chicago, IL | 0.00 | 0.00 | DA | 0.00 | FA |
| 23 | Savings Acct. Chase Bank Chicago<br>DUPLICATE ASSET | 0.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-24793  
**Case Name:** CHRISOPULOS, GEORGE H  
GOETZ, PATRICIA J  
**Period Ending:** 09/06/10  

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 09/18/08 (f)  
**§341(a) Meeting Date:** 10/20/08  
**Claims Bar Date:** 01/22/09  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | Checking Acct. Wachovia Bank Elmhurst, IL<br>DUPLICATE ASSET | 0.00 | 0.00 | DA | 0.00 | FA |
| 25 | Two beds, 2 dressers, 3 sofas and a love seat, d<br>DUPLICATE ASSET | 0.00 | 0.00 | DA | 0.00 | FA |
| 26 | Necessary wearing apparel<br>DUPLICATE ASSET | 0.00 | 0.00 | DA | 0.00 | FA |
| 27 | Wedding rings<br>DUPLICATE ASSET | 0.00 | 0.00 | DA | 0.00 | FA |
| 28 | 2 cameras, lawnmower, snowblower<br>DUPLICATE ASSET | 0.00 | 0.00 | DA | 0.00 | FA |
| 29 | Two IRAs with Chase Bank ($165,000), two Roth IR<br>DUPLICATE ASSET | 0.00 | 0.00 | DA | 0.00 | FA |
| 30 | 2005 Jeep Grand Cherokee<br>DUPLICATE ASSET | 0.00 | 0.00 | DA | 0.00 | FA |
| 31 | 2003 Infiniti<br>DUPLICATE ASSET | 0.00 | 0.00 | DA | 0.00 | FA |
| 32 | Computer, printer, paper supplies, calculators,<br>DUPLICATE ASSET | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.04 | Unknown |
| 33 | Assets      Totals (Excluding unknown values) | **$1,221,675.00** | **$3,000.00** | | **$1,996.04** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee authorized to abandon funds on 12/4/09.  Funds abandonded 12/6/09 per court order.  Case closed.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012      **Current Projected Date Of Final Report (TFR):**   December 31, 2012

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-24793 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | CHRISOPULOS, GEORGE H | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | GOETZ, PATRICIA J | | Account: | ***-*****76-65 - Money Market Account |
| Taxpayer ID #: | **-***9546 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/06/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/04/08 | {3} | Marsha T. Carter | rent check tendered at 341 meeting on 10/20/08 - held in safe, however because atty for lender did not respond to inquiry as to whether her client executed on the assignment of rents provision until 10/31/08 - at which time she advised by phone that the | 1110-000 | 1,995.00 | | 1,995.00 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.12 | | 1,995.12 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 1,995.26 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,995.34 |
| 02/08/09 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #08-24793 Voided on 02/08/09 | 2300-000 | | ! 2.46 | 1,992.88 |
| 02/08/09 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #08-24793 Voided: check issued on 02/08/09 | 2300-000 | | ! -2.46 | 1,995.34 |
| 02/08/09 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #08-24793, 016026455 | 2300-000 | | 2.46 | 1,992.88 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,992.95 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,993.03 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,993.11 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,993.18 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,993.26 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,993.34 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,993.42 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,993.50 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,993.58 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,993.66 |
| 12/06/09 | 1003 | DEBORAH K. EBNER | Per Order of 12/4/09 Trustee Exp. | 2200-000 | | 36.38 | 1,957.28 |
| 12/06/09 | 1004 | George & Patricia Chrisopulos | Per Order of 12/4/09 Minimal funds abandoned to debtor | 8200-002 | | 1,957.20 | 0.08 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 0.10 |
| 03/23/10 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | -0.10 | | 0.00 |

Subtotals :  $1,996.04   $1,996.04

{} Asset reference(s)        !-Not printed or not transmitted        Printed: 09/06/2010 02:41 PM    V.12.52

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-24793  
**Case Name:** CHRISOPULOS, GEORGE H  
GOETZ, PATRICIA J  
**Taxpayer ID #:** **-***9546  
**Period Ending:** 09/06/10

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****76-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 1,996.04 | 1,996.04 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **1,996.04** | **1,996.04** | |
| | | | Less: Payments to Debtors | | | 1,957.20 | |
| | | | **NET Receipts / Disbursements** | | **$1,996.04** | **$38.84** | |

{} Asset reference(s)    !-Not printed or not transmitted

Printed: 09/06/2010 02:41 PM    V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 08-24793 | | **Trustee:** | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| **Case Name:** | CHRISOPULOS, GEORGE H | | **Bank Name:** | The Bank of New York Mellon |
| | GOETZ, PATRICIA J | | **Account:** | 9200-******76-65 - Money Market Account |
| **Taxpayer ID #:** | **-***9546 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 09/06/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****76-65** | 1,996.04 | 38.84 | 0.00 |
| **MMA # 9200-******76-65** | 0.00 | 0.00 | 0.00 |
| | $1,996.04 | $38.84 | $0.00 |

{} Asset reference(s)    Printed: 09/06/2010 02:41 PM    V.12.52